UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:09-CR-27-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ERIC MIGUEL RIVERS | ORDER TO SEAL |

On motion of the Defendant, Eric Miguel Rivers, and for good cause shown, it is hereby ORDERED that the [**DE 46**] be sealed until further notice by this Court.

SO ORDERED. This **30** day of June 2016.

JAMES C. DEVER III
Chief United States District Judge